IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01391-JLK**

**HANS-PETER KAEMPFER,**

    Plaintiff,

v.

**DAVID P. LIEB and
LIEB PRECISION TOOLS, INCORPORATED,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion to Amend Scheduling Order to Extend Discovery Cut-Off, filed June 22, 2005, is **GRANTED.** The parties shall have until July 12, 2005 to complete discovery. Per the parties request, the dispositive motion cut-off date remains August 8, 2005.

Dated: June 22, 2005