IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01391-JLK**

**HANS-PETER KAEMPFER,**

    Plaintiff,

v.

**DAVID P. LIEB and**
**LIEB PRECISION TOOLS, INCORPORATED,**

    Defendants.

_____

**ORDER**
_____

Kane, J.

    This matter is before me on Plaintiff's Motion to Amend Scheduling Order and to Permit Filing of Second Amended Complaint, filed June 23, 2005. Having carefully considered the Motion and related briefing, and all applicable legal authorities, and being fully advised in the premises, I GRANT Plaintiff's Motion. The Second Amended Complaint tendered by Plaintiff as an attachment to the Motion is ACCEPTED and is filed as of this date. Defendants' request for an award of attorney fees, set forth in their response to Plaintiff's Motion, is DENIED.

    Dated this 13th day of July, 2005.

                                         BY THE COURT:

                                         **/John L. Kane**
                                         Senior Judge, United States District Court