IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01391-JLK**

**HANS-PETER KAEMPFER,**

Plaintiff,

v.

**DAVID P. LIEB and
LIEB PRECISION TOOLS, INCORPORATED,**

Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Plaintiff's Motion to Strike Jury Demand (Doc. #63), is **DENIED**.  A claim for moneys owed remains pending and must be tried to a jury upon demand.  Plaintiff's claims to which a jury right does not attach will be tried to the jury in its advisory capacity in accordance with Fed. R. Civ. P. 39(c).  Accordingly, the parties shall meet, confer and submit their proposed jury instructions and proposed special form of verdict in accordance with the instructions they will receive with the Minute Order setting their Pretrial Conference.

Please note that it is the Federal Rules of Civil Procedure, not Colorado's Rules of Procedure, that govern and which will be applied in this case.  Evidentiary issues at trial are similarly governed by the Federal Rules of Evidence.

---

Dated:  April 5, 2006