IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01391-JLK-MEH

HANS-PETER KAEMPFER,

    Plaintiff,

v.

DAVID P. LIEB and
LIEB PRECISION TOOLS, INCORPORATED,

    Defendants.

## MINUTE ORDER VACATING SETTLEMENT CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2006.**

    For good cause shown, the Motion to Vacate Settlement Conference [Filed June 30, 2006; Docket #77] is **granted**. The settlement conference scheduled in this case for July 25, 2006, at 9:00 a.m., and all deadlines attendant thereto, is hereby **vacated**.