## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01391-JLK-OES

HANS-PETER KAEMPFER,

    Plaintiff,

v.

DAVID P. LIEB and
LIEB PRECISION TOOLS, INC.,

    Defendants.

## ORDER FOR WITHDRAWAL AND SUBSTITUTION OF LEAD COUNSEL

Judge John L. Kane **ORDERS:**

This matter is before me on Plaintiff Kaempfer's Corrected Unopposed Motion for the Withdrawal and Substitution of Lead Counsel (filed July 18, 2006). The corrected motion is GRANTED, and it is:

ORDERED that Scott S. Barker and Joseph T. Jaros are entered as counsel of record for plaintiff Kaempfer.

FURTHER ORDERED that plaintiff Kaempfer's current lead counsel, Richard D. Judd of Robinson Waters & O'Dorisio P.C., is no longer counsel of record in this matter.

DATED this 19th day of July 2006.

                BY THE COURT:

                s/John L. Kane
                JOHN L. KANE, Senior Judge
                United States District Court