## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE, JR.

| | |
|---|---|
| Date:  December 6, 2006 | Court Reporter: Darlene Martinez |
| | Deputy Clerk: Bernique Abiakam |

| | |
|---|---|
| Civil Action No. **04-cv-01391-JLK-MEH** | **Counsel:** |
| **HANS-PETER KAEMPFER**, | Scott S. Barker |
| | Paul T. Maricle |
| | Joseph T. Jaros |
| Plaintiff, | |
| v. | |
| **DAVID P. LIEB and** | |
| **LIEB PRECISION TOOLS, INC.** | Michael G. Ogborn |
| | Michael J. Knauf |
| Defendants. | |

## COURTROOM MINUTES

**FINAL TRIAL PREPARATION CONFERENCE**

**10:19 a.m.   Court in session.**

Preliminary remarks by the Court regarding the status of the case and trial procedures.

Comments by the Court regarding claims to be tried to the jury.

Discussion regarding interrogatories.

Comments by the Court regarding affirmative defenses.

Comments by the Court regarding Plaintiff's Proposed Jury Instruction 3.1, and Defendant's Proposed Jury Instruction 3.1.

Discussion regarding Motions in Limine.

*04-cv-01391-JLK-MEH*
*Final Trial Preparation Conference*
*December 6, 2006*

**ORDERED:   Defendant's Motion In Limine (Filed 10/20/06; Doc. No. 92)** and **Plaintiff Kaempfer's Motion in Limine (Filed 10/20/06; Doc. No. 94)** are DENIED WITHOUT PREJUDICE as specified.

Discussion regarding objection to certain exhibits.

Counsel shall meet and confer regarding exhibits, prior to the start of trial set for December 18, 2006.

10:38 a.m.     Argument by Mr. Jaros.

10:41 a.m.     Argument by Mr. Michael Ogborn.

10:43 a.m.     Further argument by Mr. Jaros.

**10:46 a.m.     Court in Recess.  Hearing concluded**

**Time in Court:  :27**