IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Court Judge John L. Kane, Jr.

Civil Action No. 04-cv-01391-JLK-OES

HANS-PETER KAEMPFER,

    Plaintiff,

v.

DAVID P. LIEB, and
LIEB PRECISION TOOLS, INCORPORATED,

    Defendants.

---

### ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    IT IS ORDERED that, at the conclusion of the trial counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this 22 day of December, 2006.

                  BY THE COURT:

                  */s/ John L. Kane, Jr.*
                  John L. Kane, Jr., Senior District Court Judge