IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-01391-JLK-MEH**

**HANS-PETER KAEMPFER**,

    Plaintiff,

v.

**DAVID P. LIEB and LIEB PRECISION TOOLS, INCORPORATED**,

    Defendants.

## ORDER

Kane, J.

Upon entry of Judgment on the jury's verdict against it in this case, Defendant LPT filed a timely Notice of Appeal. Concurrently therewith, LPT filed a Motion for Stay of Execution of Judgment Upon Appeal (Doc. 129). I DENY the Motion. LPT has made no showing regarding the merit or likelihood of success on appeal. Moreover, the relief sought to be stayed is injunctive based on claims sounding in equity, which by definition suggests the inadequacy of any supersedeas bond.

The Motion for Stay of Execution of Judgment is DENIED.

DATED February 14, 2007.

                                                  BY THE COURT:
                                                  **s/John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE