# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Valeri P. Barnes             Date: June 28, 2007
ECR: Bernique Abiakam

Civil Action No.  04-cv-01391-JLK-MEH

*Parties:*                                     *Counsel:*

HANS-PETER KAEMPFER,                           Paul Maricle
                                               Joe Jaros
    Plaintiff,
v.

DAVID P. LIEB, and                             Michael Ogborn
LIEB PRECISION TOOLS, INC.,                    Michael Knauf
                                               Heather Hanneman
    Defendants.

_____

## COURTROOM MINUTES
_____

HEARING: Motion

**9:35 a.m.**     **Court in session.**

**ORDER:**     Defendants' Motion to Preserve Status Quo **(162)** is **deferred** pending direction from the Court of Appeals.

**9:44 a.m.**     **Court in recess/hearing concluded.**

Total in-court time: 00:09.